LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Azure Manor / Rancho De Paz Homeowners Association*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., <br><br> Plaintiff, <br><br> vs. <br><br> AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC, <br><br> Defendants. | CASE NO.: 2:16-cv-00764-GMN-GWF <br><br> **STIPULATION AND ORDER TO CONTINUE SETTLEMENT CONFERENCE** |
| SFR INVESTMENTS POOL 1, LLC, <br><br> Counter/Cross Claimant, <br><br> vs. <br><br> BANK OF AMERICA, N.A.; and CHARLES G. CAMPBELL II, an individual, <br><br> Counter/Cross Defendants. | |

The Parties to the above-captioned matter hereby agree and request that this Court continue the settlement conference currently scheduled for July 9, 2018, to the week of August 13, 2018, or such other date that is convenient to the Court, in order to allow counsel for the HOA more time to prepare for settlement. This request for

continuance is not made for mere purpose of delay, but rather to increase the potential for meaningful settlement discussions and possible resolution.

DATED this __25th__ day June, 2018.

| LIPSON NEILSON P.C. | AKERMAN, LLP |
|---|---|
| */s/ J. William Ebert*<br>By:_____<br>J. William Ebert, Esq.<br>Nevada Bar No. 2697<br>Karen Kao, Esq.<br>Nevada Bar No. 14386<br>9900 Covington Cross Drive<br>Suite 120<br>Las Vegas, NV 89144<br>702-382-1500<br><br>*Attorneys for Azure Manor/Rancho de Paz Homeowners Association* | */s/ Jamie Combs*<br>By:_____<br>Ariel E. Stern, Esq.<br>Nevada Bar No. 8276<br>Darren T. Brenner, Esq.<br>Nevada Bar No. 8386<br>Jamie K. Combs, Esq.<br>Nevada Bar No. 13088<br>1635 Village Center Circle<br>Suite 200<br>Las Vegas, NV 89134<br>702-634-5000<br><br>*Attorneys for Bank of America, N.A.* |

KIM GILBERT EBRON

*/s/ Jacqueline Gilbert*
By:_____
Diana Cline Ebron, Esq.
Nevada Bar No. 10580
Jacqueline A. Gilbert, Esq.
Nevada Bar No. 10593
Karen L. Hanks, Esq.
Nevada Bar No. 9578
7625 Dean Martin Drive
Suite 110
Las Vegas, NV 89139
702-485-3300

*Attorneys for SFR Investments Pool 1, LLC*

*Bank of America, N.A. v. Azure Manor/Rancho de Paz HOA, et al.*

Case No.: 2:16-cv-00764-GMN-GWF

_____

**[PROPOSED] ORDER**

IT IS HEREBY ORDERED, based on the Parties' stipulation and for good cause shown, that:

1. The settlement conference scheduled for July 9, 2018, is continued to Monday, August 13, 2018 at 9:00 AM.

2. The deadline to submit settlement conference statements to Chambers is continued to seven calendar days prior to the new settlement conference date.

IT IS SO ORDERED.

DATED this  26th  day of June, 2018.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge