ARIEL E. STERN, ESQ.
Nevada Bar No. 8276
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
AKERMAN LLP
1635 Village Center Circle, Suite 200
Las Vegas, NV 89134
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: ariel.stern@akerman.com
Email: jamie.combs@akerman.com

*Attorneys for plaintiff and counter-defendant
Bank of America, N.A.*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BANK OF AMERICA, N.A., | Case No.: 2:16-cv-00764-GMN-GWF |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO EXTEND DEADLINE TO REPLY SUPPORTING SUMMARY JUDGMENT OR PARTIAL SUMMARY JUDGMENT MOTIONS** |
| AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC, | |
| Defendants. | **[FIRST REQUEST]** |
| SFR INVESTMENTS POOL 1, LLC, | |
| Counter/Cross Claimant, | |
| vs. | |
| BANK OF AMERICA, N.A.; and CHARLES G. CAMPBELL II, an individual, | |
| Counter/Cross Defendants. | |

Plaintiff and counter-defendant Bank of America, N.A. (**BANA**), defendant Azure Manor/Rancho de Paz Homeowners Association and defendant, counter- and cross-claimant SFR Investments Pool 1, LLC stipulate to allow all parties fourteen additional days to reply supporting their partial summary judgment motions.

1.     All parties moved for summary judgment or partial summary judgment on June 4, 2018.  (Doc. Nos. 63, 64, 66.)

2.     All parties filed their respective oppositions on June 25, 2018.  (Doc. Nos. 71, 72,

45657538;1

73.)

3. The deadline for all parties to reply supporting their summary judgment or partial summary judgment motions is July 9, 2018.

4. The parties stipulate to extending their respective reply deadlines by fourteen days, to July 23, 2018, to allow additional time to prepare their briefing in light of the intervening Fourth of July holiday.

///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///
///

45657538;1

5.     This is the parties' first request to extend the reply briefing deadlines, and is not made to cause delay or prejudice any party.

This the 28th day of June, 2018.

**AKERMAN LLP**

*/s/ Jamie K. Combs, Esq.*

ARIEL E. STERN, ESQ.
Nevada Bar No. 8215
JAMIE K. COMBS, ESQ.
Nevada Bar No. 13088
1635 Village Center Circle, Suite 200
Las Vegas, Nevada 89134

*Attorneys for plaintiff and counter-defendant Bank of America, N.A.*

This the 28th day of June, 2018.

**LIPSON, NEILSON, COLE, SELTZER & GARIN, P.C.**

*/s/ Karen Kao, Esq.*

J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2671
KAREN KAO, ESQ.
Nevada Bar. No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144

*Attorneys for Azure Manor/Rancho de Paz Homeowners Association*

This the 28th day of June, 2018.

**KIM GILBERT EBRON**

*/s/ Diana S. Ebron, Esq.*

DIANA S. EBRON, ESQ.
Nevada Bar No. 10580
JACQUELINE A. GILBERT, ESQ.
Nevada Bar No. 10593
KAREN L. HANKS, ESQ.
Nevada Bar No. 9578
7625 Dean Martin Drive, Suite 110
Las Vegas, Nevada 89139

*Attorneys for defendant, counter- and cross-claimant SFR Investments Pool 1, LLC*

## ORDER

### IT IS SO ORDERED.

DATED this __3__ day of July, 2018.

_____
Gloria M. Navarro, Chief Judge
UNITED STATES DISTRICT COURT

3

45657538;1