LIPSON NEILSON P.C.
J. WILLIAM EBERT, ESQ.
Nevada Bar No. 2697
KAREN KAO, ESQ.
Nevada Bar No. 14386
9900 Covington Cross Drive, Suite 120
Las Vegas, Nevada 89144
(702) 382-1500 - Telephone
(702) 382-1512 - Facsimile
bebert@lipsonneilson.com
kkao@lipsonneilson.com

*Attorneys for Defendant Azure Manor / Rancho De Paz Homeowners Association*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BANK OF AMERICA, N.A.,<br><br>Plaintiff,<br><br>vs.<br><br>AZURE MANOR/RANCHO DE PAZ HOMEOWNERS ASSOCIATION; SFR INVESTMENTS POOL 1, LLC; and ALESSI & KOENIG, LLC,<br><br>Defendants. | CASE NO.: 2:16-cv-00764-GMN-GWF<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA N.A.'S MOTION TO RECONSIDER [ECF NO. 93]**<br><br>**(First Request)** |
| SFR INVESTMENTS POOL 1, LLC,<br><br>Counter/Cross Claimant,<br><br>vs.<br><br>BANK OF AMERICA, N.A.; and CHARLES G. CAMPBELL II, an individual,<br><br>Counter/Cross Defendants. | |

Defendant AZURE MANOR RANCHO DE PAZ HOMEOWNERS ASSOCIATION ("HOA"), Defendant SFR INVESTMENTS POOL 1, LLC, ("SFR") and Plaintiff BANK OF AMERICA, N.A., by and through their respective counsel hereby agree and stipulate as follows:

1    IT IS HEREBY AGREED AND STIPULATED, that the deadline for Defendants HOA and SFR to Respond to Plaintiff BANK OF AMERICA, N.A.'s Motion to Reconsider shall be extended to **April 4, 2019**.

This is the first extension to which the parties have sought regarding these motions. The HOA's and SFR's Response was originally due on March 28, 2019. The HOA and SFR seek additional time due to the press of business as counsel has deadlines in this matter as well as other cases. This extension is not intended to delay these proceedings and granting HOA's request will not prejudice any party.

DATED this 28th day March, 2019.

| LIPSON NEILSON P.C. | AKERMAN, LLP |
|---|---|
| */s/ Karen Kao*<br>By: _____<br>J. William Ebert, Esq. (Bar No. 2697)<br>Karen Kao, Esq. (Bar No. 14386)<br>9900 Covington Cross Dr., Suite 120<br>Las Vegas, NV 89144<br>702-382-1500 | By: */s/ Donna M. Wittig*<br>Ariel E. Stern, Esq. (Bar No. 8276)<br>Donna M. Wittig, Esq. (Bar No. 11015)<br>1635 Village Center Circle, Ste 200<br>Las Vegas, NV 89144<br>702-634-5000 |
| *Attorneys for Defendant Azure Manor/Rancho de Paz Homeowners Association* | *Attorneys for Plaintiff Bank of America, N.A.* |

KIM GILBERT EBRON

By: */s/ Karen L. Hanks*
Diana S. Ebron, Esq. (Bar No. 10580)
Jacqueline A. Gilbert, Esq. (Bar No. 10593)
Karen L. Hanks, Esq. (Bar No. 9578)
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139
702-485-3300

*Attorneys for SFR Investments Pool 1, LLC*

**Case No.: 2:16-cv-00764-GMN-GWF**
*Bank of America, N.A. v. Azure Manor/Rancho de Paz et al.*
**Stipulation & Order to Extend Time to File Response to Bank of America, N.A.'s Motion to Reconsider Order**

### **ORDER**

IT IS SO ORDERED.

DATED this __1__ day of April, 2019.     _____
                                                                 Gloria M. Navarro, Chief Judge
                                                                 UNITED STATES DISTRICT JUDGE

Submitted by:

LIPSON NEILSON P.C.

By:  __/s/ Karen Kao_____
      J. WILLIAM EBERT, ESQ.
      Nevada Bar No. 2697
      KAREN KAO, ESQ.
      Nevada Bar No. 14386
      9900 Covington Cross Drive, Suite 120
      Las Vegas, NV 89144
      (702) 382-1500

*Attorneys for Defendant Azure Manor/Rancho de Paz Homeowners' Association*

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of March, 2019, service of the foregoing **STIPULATION AND ORDER TO EXTEND TIME TO FILE RESPONSE TO BANK OF AMERICA'S MOTION FOR RECONSIDERATION** was made pursuant to FRCP 5(b) and electronically transmitted to the Clerk's Office using the CM/ECF system for filing and transmittal to all interested parties:

Ariel E. Stern, Esq.
Donna M. Wittig, Esq.
AKERMAN LLP
1635 Village Center Circle, Ste 200
Las Vegas, NV 89144
*Attorneys for Plaintiff Bank of America*

Diana S. Ebron, Esq.
Jacqueline A. Gilbert, Esq.
Karen L. Hanks, Esq.
KIM GILBERT EBRON
7625 Dean Martin Drive, Suite 110
Las Vegas, NV 89139

*Attorneys for SFR Investments Pool 1, LLC*